ASCENSION LAW GROUP
PAMELA TSAO( 266734)
2030 E. 4th Street
Suite 205
Santa Ana, CA 92705
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff HOANG MINH LE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>  Plaintiff,<br><br>  vs.<br><br>BRIAN OH, an individual; and HANNAH H CHOI, an individual; and DOES 1 through 10,<br><br>  Defendants. | Case No.: 5:15-cv-529-CBM(DTBx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE  [JS-6]**<br><br>**[Hon. Consuelo B. Marshall.]** |

Pursuant to the Parties' Stipulation For Dismissal Of Action With Prejudice, and good cause appearing, IT IS HEREBY ORDERED that the above-referenced action be dismissed with prejudice.  Each party shall bear her or its own costs and attorney's fees.

IT IS SO ORDERED.

June 22, 2015

_____
Hon. Consuelo B. Marshall
United States District  Judge